**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  ROMEL GOMEZ MENDOZA  Case No. 20-21614-LMI
Chapter 13

Debtor
_____/

## CERTIFICATE OF SERVICE

Debtor certifies that a copy of the Order Sustaining Debtor's Objection to Claim [DE 50] on Claim # 4 was **sent via CM/ECF on February 5, 2021**, to:

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles F Otto on behalf of Creditor The Fountains II Condominium Association, Inc.
cfo@straleyotto.com

And mailed via U.S. mail on February 5, 2021, to:

Discover Bank
Attn: Roger C. Hochschild, CEO President, Director
502 E. Market Street
Greenwood, DE  19950

Dated: February 5, 2021        Respectfully submitted,

Legal Services of Greater Miami, Inc.

   /s/ Mandy L. Mills
Mandy L. Mills, Esq.
Florida Bar No.: 41654
Attorney for Debtor
Address: 4343 West Flagler Street, Suite 100
Telephone/Fax: (305) 438-2437
Email: MMills@legalservicesmiami.org